UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LUTHERAN MEDICAL CENTER,

                    Plaintiff,

-against-

TOMMY G. THOMPSON, Secretary of
Health and Human Services, and EMPIRE
BLUE CROSS BLUE SHIELD,

                    Defendants.
-------------------------------------------------------------------X

JUDGMENT
03-CV- 4289 (CBA)

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 27, 2007, granting defendants' motion for judgment on the pleadings, or summary judgment, on both causes of action; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that defendants' motion for judgment on the pleadings, or summary judgment, on both causes of action is granted.

Dated: Brooklyn, New York
        September 28, 2007

s/ RCH
ROBERT C. HEINEMANN
Clerk of Court